IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 2 4 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 20-30080-SMY |
| ) | |
| DUSTIN RAY SOTHEN, ) | Title 18 United States Code |
| ) | Section 2115 |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
(Burglary of a Post Office)

On or between June 9 and June 10, 2018, in Madison County, within the Southern District of Illinois,

**DUSTIN RAY SOTHEN,**

defendant herein, forcibly broke into a post office, to wit: the Maryville Post Office, with intent to commit a larceny and other depredation, in violation of Title 18, United States Code, Section 2115.

_____
FOREPERSON

_____
JENNIFER HUDSON
Assistant United States Attorney

_____
STEVEN WEINHOEFT
United States Attorney

Recommended Bond: $5000 Own recognizance